UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE E. BEJARAN, JR., | 1:09-cv-02231-MJS (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | (DOCUMENT #2) |
| Defendants. | |

Plaintiff is a former state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983.

On December 24, 2009, plaintiff filed an application to proceed in forma pauperis. Examination of these documents reveals that plaintiff is unable to afford the costs of this action. Accordingly, his motion to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

**Dated:   May 6, 2010**                         **/s/ Michael J. Seng**
                                                      UNITED STATES MAGISTRATE JUDGE